# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., ) <br> an individual, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SKILLMAN AUDELIA PARTNERS, L.P., ) <br> a Texas Limited Partnership, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.:   3:16-cv-01195-N |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, JAMES JOSEPH JULUKE, JR, and Defendant, SKILLMAN AUDELIA PARTNERS, L.P., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice.  The parties further stipulate that, except as agreed between the parties, each party shall be responsible for its own fees and costs.


Respectfully Submitted,                                        Respectfully Submitted,

*/s/ Louis I. Mussman*                                         */s/ Thomas W. Kniest*_____
Louis I. Mussman                                               Thomas W. Kniest
N.D. TX No. 597155FL                                           State Bar No. 24078798
Ku & Mussman, P.A.                                             Higier Allen & Lautin
6001 NW 153rd Street, Suite 100                                The Tower at Cityplace
Miami Lakes, Florida 33014                                     2711 N. Haskell Avenue, Suite 2400
Tel: (305) 891-1322                                            Dallas, TX.  75204
Fax: (305) 891-4512                                            Telephone: (972) 716-1888
                                                               Facsimile: (972) 716-1899
*Attorney for Plaintiff*                                       tkniest@higierallen.com pjc@crb-law.com

                                                               *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Thomas W. Kniest
> Higier Allen & Lautin
> The Tower at Cityplace
> 2711 N. Haskell Avenue, Suite 2400
> Dallas, TX.  75204

By: */s/   Louis I. Mussman*
Louis I. Mussman, Esq.